IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF THE SEARCH OF
CERTAIN INFORMATION CONCERNING
CELLULAR TELEPHONE NUMBER 323-
517-5971

Case No.

Filed Under Seal **3 : 17 mj   4 6 0**

FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 OCT -2 PM 2: 45
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

## ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that Sprint shall not disclose the existence of the warrant, the application, or this Order of the Court, to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_10/2/17_
DATE

HONORABLE MICHAEL NEWMAN
UNITED STATES MAGISTRATE JUDGE